**IN THE UNITED STATESS DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| BARRY ELLERBEE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 5:09-cv-159 (HL) |
| | : | |
| DT CARSON ENTERPRISES, INC., | : | |
| a foreign corporation transacting | : | |
| business in Georgia, | : | |
| COACHWORKS HOLDINGS, INC., | : | |
| a Georgia corporation, | : | |
| DALE CARSON, individually, and | : | |
| TERRI CARSON, individually, | : | |
| | : | |
| Defendants. | : | |

## <u>ORDER</u>

This matter is before the Court on the Consent Motion to Stay Discovery Pending Mediation and Motion for Leave to Amend Scheduling and Discovery Order (Doc. 36). The Court makes the following rulings:

1. Discovery shall be stayed through July 31, 2010, to allow the parties to attempt to resolve this dispute through mediation;

2. In the event the parties are unable to successfully resolve this dispute at mediation, then discovery shall resume August 1, 2010.

3. The Scheduling and Discovery Order (Doc. 25) shall be amended as follows:

    a. Discovery shall be completed by December 1, 2010;

    b. Plaintiff shall identify experts by September 1, 2010;

c.      Defendants shall identify experts by November 1, 2010;

d.      All amendments to the pleadings shall be filed no later than

November 15, 2010; and

e.      All dispositive motions shall be filed not later than December

15, 2010.

**SO ORDERED**, this the 16th day of June, 2010.

*s/ Hugh Lawson*
HUGH LAWSON, Senior Judge

jch